| | | | | |
|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | |
| D4 / DT8 23259573 | 01/02 | 77550 | 1 of 1 | |

CENTURY AUTOMOTIVE GROUP INC
PO Box 11580
HUNTSVILLE, AL 35814

# Earnings Statement

**ADP**

Period Starting: 09/05/2025
Period Ending: 09/05/2025
Pay Date: 09/08/2025

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

NOLE ELIZER
3998 HAWKS WAY
HUNTSVILLE, AL 35811

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| PS58 BENEFIT | | | 0.00 | 105.84 |
| COMMISSION | | 0.00 | 5608.00 | 53183.00 |
| DRAW | | | 0.00 | 41538.60 |
| **Gross Pay** | | | **$5,608.00** | **$94,827.44** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -359.34 | 4660.58 |
| Social Security | -347.70 | 5266.88 |
| Medicare | -81.32 | 1231.77 |
| Alabama State Income | -249.74 | 3785.95 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 83 HEALTH INS | 0.00 | 9294.84 |
| DENTAL INS | 0.00 | 582.92 |
| VISION INS | 0.00 | 210.96 |
| LTD INS | 0.00 | 647.46 |
| EMP A/R | 0.00 | 153.00 |
| PS58 | 0.00 | 105.84 |

| Net Pay | $4,569.90 |
|---|---|

**Important Notes**
AUG COMM

Basis of pay: Salaried

*Nole,*
*Thx for the month.*
*[signature]*

Your federal taxable wages this period are $5,608.00

22/22

CENTURY AUTOMOTIVE GROUP INC
PO Box 11580
HUNTSVILLE, AL 35814

Payroll Check Number: 77550
Pay Date: 09/08/2025

Pay to the order of: NOLE ELIZER
This amount: FOUR THOUSAND FIVE HUNDRED SIXTY NINE AND 90/100

**THIS IS NOT A CHECK**
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$4,569.90

Regions Bank

NOLE ELIZER
3998 HAWKS WAY
HUNTSVILLE, AL 35811

```
NOLE ELIZER
COMMISSIONS
08/31/25
PAY PLAN:


COMMISSION COMPUTATION:
SALARY

    USED OTHER UNITS                                              3,000
    USED OTHER GROSS           72            75
    USED OTHER F & I INCOME   16,491       2.50%                  5,400
                              74,814       2.00%                    412
                                                                  1,496


    TOTAL COMMISSION EARNED                                     _____

        DEMO ALLOWANCE                                            10,308
        OTHER BONUS DUE
        TOTAL EARNED                                                 300
        LESS DRAW                                                 _____
        COMMISSION DUE                                            10,608
                                                                   5,000
TOTAL MONTHLY EARNINGS                                             5,608
        AVERAGE MONTHLY DRAW

        COMMISSION                                      +          5,000

        TOTAL EARNINGS FOR MONTH                                   5,608
                                                        =
                                                                  10,608
```

NOLE ELIZER
COMMISSIONS
07/31/25
PAY PLAN:

COMMISSION COMPUTATION:
SALARY

| | | | |
|---|---:|---:|---:|
| USED OTHER UNITS | | | 3,000 |
| USED OTHER GROSS | 49 | 75 | |
| USED OTHER F & I INCOME | 67,960 | 2.50% | 3,675 |
| | 20,128 | 2.00% | 1,699 |
| | | | 403 |

| | |
|---|---:|
| TOTAL COMMISSION EARNED | |
| DEMO ALLOWANCE | 8,777 |
| OTHER BONUS DUE | |
| TOTAL EARNED | 300 |
| LESS DRAW | |
| COMMISSION DUE | 9,077 |
| | 5,000 |
| TOTAL MONTHLY EARNINGS | 4,077 |
| AVERAGE MONTHLY DRAW | |
| COMMISSION | 5,000 |
| | + |
| TOTAL EARNINGS FOR MONTH | 4,077 |
| | = |
| | 9,077 |



Unifi Aviation, LLC
950 East Paces Ferry Road NE
20th Floor
Atlanta, GA 30326
888-698-6434

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/31/2025 |
| Period End Date | 09/06/2025 |
| Pay Date | 09/12/2025 |
| Document | 145707 |
| **Net Pay** | **$213.10** |

## Pay Details

**CHRISTIAN JOY ELIZER**
715 CLINTON AVENUE E
HUNTSVILLE, AL 35801
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 008715164 | Pay Group | Weekly DGS |
| SSN | XXX-XX-5192 | Location | HSV |
| Job | Customer Service Agent | Division | AVS - Aviation |
| Pay Rate | $15.50 | Station | HSV - Huntsville |
| Pay Frequency | Weekly | Department | OPS - Operations |
| | | Service Type | FLHDLG - Full Handling |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Imputed Income | | | $66.33 | $172.33 |
| Regular Pay | 26.030000 | $15.50 | $403.46 | $4,463.85 |
| Training | 0.000000 | $0.00 | $0.00 | $2,627.88 |

Total Hours Worked 26.030000    Total Hours 26.030000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Imputed Income | No | $66.33 | $172.33 | $0.00 | $0.00 |
| Tax Levy 1 | No | $100.86 | $163.28 | $0.00 | $0.00 |
| United Flight P | No | $0.00 | $387.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $37.02 | $417.35 |
| Employee Medicare | $6.81 | $105.33 |
| Social Security Employee Tax | $29.13 | $450.37 |
| AL State Income Tax | $16.54 | $208.31 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx4898 | Checking | $106.55 |
| xxxxxxxx8980 | Checking | $104.42 |
| Check amount | | $2.13 |
| Total | | $213.10 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $469.79 | $469.79 | $89.50 | $167.19 | **$213.10** |
| YTD | $7,264.06 | $7,264.06 | $1,181.36 | $722.61 | $5,360.09 |



**Unifi Aviation, LLC**
950 East Paces Ferry Road NE
20th Floor
Atlanta, GA 30326
888-698-6434

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/24/2025 |
| Period End Date | 08/30/2025 |
| Pay Date | 09/05/2025 |
| Document | 145401 |
| **Net Pay** | **$148.76** |

## Pay Details

**CHRISTIAN JOY ELIZER**
715 CLINTON AVENUE E
HUNTSVILLE, AL 35801
USA

| | | | | |
|---|---|---|---|
| Employee Number | 008715164 | Pay Group | Weekly DGS |
| SSN | XXX-XX-5192 | Location | HSV |
| Job | Customer Service Agent | Division | AVS - Aviation |
| Pay Rate | $15.50 | Station | HSV - Huntsville |
| Pay Frequency | Weekly | Department | OPS - Operations |
| | | Service Type | FLHDLG - Full Handling |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 16.110000 | $15.50 | $249.70 | $4,060.39 |
| Training | 0.000000 | $0.00 | $0.00 | $2,627.88 |
| UA Imputred Inc | 0.000000 | $0.00 | $0.00 | $106.00 |

Total Hours Worked 16.110000     Total Hours 16.110000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Tax Levy 1 | No | $62.42 | $62.42 | $0.00 | $0.00 |
| UA Imputred Inc | No | $0.00 | $106.00 | $0.00 | $0.00 |
| United Flight P | No | $0.00 | $387.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $12.66 | $380.33 |
| Employee Medicare | $3.62 | $98.52 |
| Social Security Employee Tax | $15.48 | $421.24 |
| AL State Income Tax | $6.76 | $191.77 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx4898 | Checking | $74.38 |
| xxxxxxxxx8980 | Checking | $72.89 |
| Check amount | | $1.49 |
| Total | | $148.76 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $249.70 | $249.70 | $38.52 | $62.42 | **$148.76** |
| YTD | $6,794.27 | $6,794.27 | $1,091.86 | $555.42 | $5,146.99 |



Unifi Aviation, LLC
950 East Paces Ferry Road NE
20th Floor
Atlanta, GA 30326
888-698-6434

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/17/2025 |
| Period End Date | 08/23/2025 |
| Pay Date | 08/29/2025 |
| Document | 145144 |
| **Net Pay** | **$84.07** |

## Pay Details

**CHRISTIAN JOY ELIZER**
715 CLINTON AVENUE E
HUNTSVILLE, AL 35801
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 008715164 | Pay Group | Weekly DGS |
| SSN | XXX-XX-5192 | Location | HSV |
| Job | Customer Service Agent | Division | AVS - Aviation |
| Pay Rate | $15.50 | Station | HSV - Huntsville |
| Pay Frequency | Weekly | Department | OPS - Operations |
| | | Service Type | FLHDLG - Full Handling |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 5.880000 | $15.50 | $91.14 | $3,810.69 |
| Training | 0.000000 | $0.00 | $0.00 | $2,627.88 |
| UA Imputred Inc | 0.000000 | $0.00 | $0.00 | $106.00 |

Total Hours Worked 5.880000    Total Hours 5.880000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| UA Imputred Inc | No | $0.00 | $106.00 | $0.00 | $0.00 |
| United Flight P | No | $0.00 | $387.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $367.67 |
| Employee Medicare | $1.33 | $94.90 |
| Social Security Employee Tax | $5.65 | $405.76 |
| AL State Income Tax | $0.09 | $185.01 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx4898 | Checking | $42.04 |
| xxxxxxxxx8980 | Checking | $41.19 |
| Check amount | | $0.84 |
| Total | | $84.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $91.14 | $91.14 | $7.07 | $0.00 | **$84.07** |
| YTD | $6,544.57 | $6,544.57 | $1,053.34 | $493.00 | $4,998.23 |



Unifi Aviation, LLC
950 East Paces Ferry Road NE
20th Floor
Atlanta, GA 30326
888-698-6434

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/10/2025 |
| Period End Date | 08/16/2025 |
| Pay Date | 08/22/2025 |
| Document | 144886 |
| **Net Pay** | **$156.78** |

## Pay Details

**CHRISTIAN JOY ELIZER**
715 CLINTON AVENUE E
HUNTSVILLE, AL 35801
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 008715164 | Pay Group | Weekly DGS |
| SSN | XXX-XX-5192 | Location | HSV |
| Job | Customer Service Agent | Division | AVS - Aviation |
| Pay Rate | $15.50 | Station | HSV - Huntsville |
| Pay Frequency | Weekly | Department | OPS - Operations |
| | | Service Type | FLHDLG - Full Handling |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 11.600000 | $15.50 | $179.80 | $3,719.55 |
| Training | 0.000000 | $0.00 | $0.00 | $2,627.88 |
| UA Imputred Inc | 0.000000 | $0.00 | $0.00 | $106.00 |

Total Hours Worked 11.600000    Total Hours 11.600000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| UA Imputred Inc | No | $0.00 | $106.00 | $0.00 | $0.00 |
| United Flight P | No | $0.00 | $387.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $5.67 | $367.67 |
| Employee Medicare | $2.60 | $93.57 |
| Social Security Employee Tax | $11.14 | $400.11 |
| AL State Income Tax | $3.61 | $184.92 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx4898 | Checking | $78.39 |
| xxxxxxxx8980 | Checking | $76.82 |
| Check amount | | $1.57 |
| Total | | $156.78 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $179.80 | $179.80 | $23.02 | $0.00 | **$156.78** |
| YTD | $6,453.43 | $6,453.43 | $1,046.27 | $493.00 | $4,914.16 |



Unifi Aviation, LLC
950 East Paces Ferry Road NE
20th Floor
Atlanta, GA 30326
888-698-6434

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/03/2025 |
| Period End Date | 08/09/2025 |
| Pay Date | 08/15/2025 |
| Document | 144572 |
| **Net Pay** | **$259.93** |

## Pay Details

**CHRISTIAN JOY ELIZER**
715 CLINTON AVENUE E
HUNTSVILLE, AL 35801
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 008715164 | Pay Group | Weekly DGS |
| SSN | XXX-XX-5192 | Location | HSV |
| Job | Customer Service Agent | Division | AVS - Aviation |
| Pay Rate | $15.50 | Station | HSV - Huntsville |
| Pay Frequency | Weekly | Department | OPS - Operations |
| | | Service Type | FLHDLG - Full Handling |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 20.150000 | $15.50 | $312.33 | $3,539.75 |
| Training | 0.000000 | $0.00 | $0.00 | $2,627.88 |
| UA Imputred Inc | 0.000000 | $0.00 | $0.00 | $106.00 |

Total Hours Worked  20.150000     Total Hours  20.150000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| UA Imputred Inc | No | $0.00 | $106.00 | $0.00 | $0.00 |
| United Flight P | No | $0.00 | $387.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $18.93 | $362.00 |
| Employee Medicare | $4.53 | $90.97 |
| Social Security Employee Tax | $19.37 | $388.97 |
| AL State Income Tax | $9.57 | $181.31 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx4898 | Checking | $129.96 |
| xxxxxxxx8980 | Checking | $127.37 |
| Check amount | | $2.60 |
| Total | | $259.93 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $312.33 | $312.33 | $52.40 | $0.00 | **$259.93** |
| YTD | $6,273.63 | $6,273.63 | $1,023.25 | $493.00 | $4,757.38 |



Unifi Aviation, LLC
950 East Paces Ferry Road NE
20th Floor
Atlanta, GA 30326
888-698-6434

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/27/2025 |
| Period End Date | 08/02/2025 |
| Pay Date | 08/08/2025 |
| Document | 144315 |
| **Net Pay** | **$94.72** |

## Pay Details

**CHRISTIAN JOY ELIZER**
715 CLINTON AVENUE E
HUNTSVILLE, AL 35801
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 008715164 | Pay Group | Weekly DGS |
| SSN | XXX-XX-5192 | Location | HSV |
| Job | Customer Service Agent | Division | AVS - Aviation |
| Pay Rate | $15.50 | Station | HSV - Huntsville |
| Pay Frequency | Weekly | Department | OPS - Operations |
| | | Service Type | FLHDLG - Full Handling |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 6.650000 | $15.50 | $103.08 | $3,227.42 |
| Training | 0.000000 | $0.00 | $0.00 | $2,627.88 |
| UA Imputred Inc | 0.000000 | $0.00 | $0.00 | $106.00 |

Total Hours Worked  6.650000    Total Hours  6.650000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| UA Imputred Inc | No | $0.00 | $106.00 | $0.00 | $0.00 |
| United Flight P | No | $0.00 | $387.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $343.07 |
| Employee Medicare | $1.50 | $86.44 |
| Social Security Employee Tax | $6.39 | $369.60 |
| AL State Income Tax | $0.47 | $171.74 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx4898 | Checking | $47.36 |
| xxxxxxxx8980 | Checking | $46.41 |
| Check amount | | $0.95 |
| Total | | $94.72 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $103.08 | $103.08 | $8.36 | $0.00 | **$94.72** |
| YTD | $5,961.30 | $5,961.30 | $970.85 | $493.00 | $4,497.45 |



Unifi Aviation, LLC
950 East Paces Ferry Road NE
20th Floor
Atlanta, GA 30326
888-698-6434

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/20/2025 |
| Period End Date | 07/26/2025 |
| Pay Date | 08/01/2025 |
| Document | 144028 |
| **Net Pay** | **$199.24** |

## Pay Details

**CHRISTIAN JOY ELIZER**
715 CLINTON AVENUE E
HUNTSVILLE, AL 35801
USA

| | |
|---|---|
| Employee Number | 008715164 |
| SSN | XXX-XX-5192 |
| Job | Customer Service Agent |
| Pay Rate | $15.50 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | Weekly DGS |
| Location | HSV |
| Division | AVS - Aviation |
| Station | HSV - Huntsville |
| Department | OPS - Operations |
| Service Type | FLHDLG - Full Handling |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 15.120000 | $15.50 | $234.36 | $3,124.34 |
| Training | 0.000000 | $0.00 | $0.00 | $2,627.88 |
| UA Imputred Inc | 0.000000 | $0.00 | $0.00 | $106.00 |

Total Hours Worked 15.120000    Total Hours 15.120000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| UA Imputred Inc | No | $0.00 | $106.00 | $0.00 | $0.00 |
| United Flight P | No | $0.00 | $387.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $11.13 | $343.07 |
| Employee Medicare | $3.39 | $84.94 |
| Social Security Employee Tax | $14.53 | $363.21 |
| AL State Income Tax | $6.07 | $171.27 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx4898 | Checking | $99.62 |
| xxxxxxxxx8980 | Checking | $97.63 |
| Check amount | | $1.99 |
| Total | | $199.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $234.36 | $234.36 | $35.12 | $0.00 | **$199.24** |
| YTD | $5,858.22 | $5,858.22 | $962.49 | $493.00 | $4,402.73 |